UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GAYNAITH HAYWOOD,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and CAPITAL ONE BANK (USA), N.A.,<br><br>Defendants. | CASE NO. 1:22-cv-03695-CM<br><br>~~(PROPOSED)~~ ORDER |

Pending before the Court is defendant Experian Information Solutions, Inc.'s ("Experian") unopposed letter motion for an extension of time to answer, move, or otherwise respond to the complaint.

Having considered the motion and applicable law, the Court determines that the foregoing motion should be granted. Accordingly, the Court hereby

ORDERS that Defendant, Experian Information Solutions, Inc. response to the Complaint shall be due on or before July 5, 2022.

SO ~~ORDERED~~.

Date: 6/2/22
New York, New York

JUDGE COLLEEN MCMAHON    part I
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK