IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

GAYNAITH HAYWOOD,
          Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and CAPITAL ONE BANK (USA), N.A.,

          Defendants.

Civil Case Number: 1:22-cv-03695-CM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2022

[PROPOSED] DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' December 19, 2022 Stipulation of Dismissal, all claims asserted against **EQUIFAX INFORMATION SERVICES, LLC only** in Civil Action No. **1:22-cv-03695-CM**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in the action **EQUIFAX**.

**SO ORDERED THIS** 19 **day of** December 2022.

_____
HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE